IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

      Petitioner,                      No. CIV S-08-2494 MCE EFB P

      vs.

JAMES A. YATES,

      Respondent.                 ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 26, 2010, petitioner filed a motion to stay the petition. Dckt. No. 32. On September 1, 2010, petitioner filed a motion for leave to file an amended petition. Dckt. No. 33. Respondent has not filed an opposition or a statement of no opposition to either motion.

      A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 11-110.

      Accordingly, it is hereby ORDERED that, within 14 days of the date of this order, respondent shall file either oppositions to the motions for stay and to file an amended petition to

1

1 dismiss or statements of no opposition.  Failure to comply with this order may be deemed a
2 waiver of any opposition to the granting of the motions and may result in the imposition of
3 sanctions.
4 DATED:  September 28, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE