IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

        Petitioner,                    No. CIV S-08-2494 KJM EFB P

    vs.

JAMES A. YATES,

        Respondent.             ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner moves for a stay and abeyance, requesting that the court stay the case while he exhausts his claims in state court. *See* Dckt. No. 64. Respondent's opposition argues that the claims that petitioner wishes to exhaust in state court are barred by the statute of limitations and must be dismissed. *See* Dckt. No. 74.

       Petitioner has filed a reply, arguing that his motion to stay the case is now moot because the California Supreme Court has denied his habeas petition and all of his claims are now exhausted. Dckt. No. 76 at 1.

       As petitioner's claims have now been exhausted in state court, his motion for a stay and abeyance must be denied as moot.

////

Accordingly, it is ORDERED that:

1. Petitioner's motion for a stay and abeyance, Dckt. No. 64, is denied as moot; and

2. The Clerk is directed to send petitioner a copy of respondent's opposition, Dckt. No. 74.

Dated: February 22, 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE